UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:11-cv-00109-GFVT

**In re:** **Route 1 Box 591, Mount Vernon, KY 40456**

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.

THE ESTATE OF SHIRLEY ANN ROWE, ET AL                    DEFENDANTS

## MOTION FOR LEAVE TO FILE
## AMENDED COMPLAINT

Comes the Plaintiff, United States of America, by and through counsel, pursuant to Fed.R.Civ.P. 15(a) and Fed.R.Civ.P. 19(a), and hereby moves the Court for an order granting leave to file an amended complaint in this matter. In support of this Motion, the Plaintiff states as follows:

An Answer to the Complaint was filed by the Defendants, Leon Rowe and Judy Rowe, as document no. 9 on or about May 12, 2011, in which a number of heirs-at-law of Shirley Ann Rowe were identified. As newly identified heirs-at-law and their respective spouses would have an interest in the real property which is the subject matter of this foreclosure action, it is necessary to name them as party defendants herein.

Therefore, the Plaintiff, United States of America, hereby respectfully moves the Court for an order granting leave to file an Amended Complaint joining newly identified heirs-at-law of Shirley Ann Rowe and their respective spouses as defendants in this matter. A copy of the Amended Complaint is attached hereto and incorporated herein by reference.

Respectfully submitted,

/s/ Melissa R. Dixon
R. Scott Wilder
Melissa R. Dixon
Gambrel & Wilder Law Offices, PLLC
1222 ½ N Main St Ste 2
London, KY 40741
Telephone: (606) 878-8906
Facsimile: (606) 878-8907
Email: mrdixon@gambrelwilderlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Motion for Leave to File Amended Complaint has been served upon the following either electronically via CM/ECF or by placing in the United States Mail, postage prepaid, on the 24th day of May, 2011:

William D. Gregory, Esq.
P O Drawer 220
Mt Vernon KY 40456-0220

Leon Rowe
Judy Rowe
5190 Spiro Road
Mt Vernon, KY 40456

Dr. Kevin Rowe
Carla Rowe
140 Newcomb Ave
Mt. Vernon KY 40456

Geraldine Francisco Grimes
Clyde Grimes
P O Box 283
Livingston KY 40445

Sheila Rowe
Unknown Spouse of Sheila Rowe
P O Box 283
Livingston KY 40445

Rose Thacker
George Thacker
119 Beaver Dr

Richmond KY 40475

Sherry Rowe
Unknown Spouse of Sherry Rowe
4744 Club Dr
Port Charlotte FL 33953

Doug Rowe, Jr.
Unknown Spouse of Doug Rowe, Jr.
P O Box 713
Mt Vernon KY 40456

Tammy Barron
Bobby Barron
P O Box 231
Brodhead KY 40409

Janice Rowe
Unknown Spouse of Janice Rowe
3350 Lancaster Road
Stanford KY 40484

Beverly Phumpry
Unknown Spouse of Beverly Phumpry
130 W Broadway
Lawrenceburg KY 40342

Scott Rowe
Unknown Spouse of Scott Rowe
960 Dills Bluff Road
Charleston SC 29412

Lewis Rowe, Jr.
Myrtle Rowe
305 Reverend Green Loop Rd
Mt Vernon KY 40456

David Rowe
Unknown Spouse of David Rowe
Box 36, Jarber Road
Mt Vernon KY 40456

Paul Rowe
Edna Rowe
Box 46, Jarber Road
Mt Vernon KY 40456

Roger Rowe
Roxie Rowe
Box 36, Jarber Road
Mt Vernon KY 40456

James Rowe
Sheila Rowe
2604 KY 3245
Brodhead KY 40409

Judy Williams
Troy Williams
120 Raven Dr
Berea KY 40403

Jeremy Rowe
Unknown Spouse of Jeremy Rowe
260 Manchester Lane
Brodhead KY 40409

Billy Ray Dishion
Beverly Dishion
11655 Geneva Road
Cincinnati OH 45240

Ricky Dale Dishion
Annette Dishion
3082 Sugar Tree
Bethel OH 45106

Patricia Gayle Rankin
Rodney Rankin
4332 South Third St
Louisville KY 40214

Brenda Sue Riley
Mark Riley
P O Box 334
Lewisport KY 42351

The current mailing addresses of the following Defendants are unknown to the Plaintiff:

Jason Burkhart
Melody Burkhart
Linda Sue Rowe
Unknown Spouse of Linda Sue Rowe
Unknown Heirs of Donald W. Rowe
Unknown Spouses of Unknown
Heirs of Donald W. Rowe
Unknown Spouse of Elsie Rowe
Unknown Heirs of Elsie Rowe
Unknown Spouses of Unknown
Heirs of Elsie Rowe
Unknown Heirs of Arthur Rowe

Unknown Spouses of Unknown
Heirs of Arthur Rowe
Unknown Heirs of Etta Cromer
Rowe
Unknown Spouses of Unknown
Heirs of Etta Cromer Rowe
Unknown Spouse of Etta Cromer
Rowe
Unknown Spouse of Kenneth Rowe
Unknown Heirs of Kenneth Rowe
Unknown Spouses of Unknown
Heirs of Kenneth Rowe

Betty Rowe
Unknown Spouse of Betty Rowe
Unknown Heirs of Douglas Rowe
Unknown Spouses of Unknown
Heirs of Douglas Rowe
Unknown Spouse of Floyd Rowe
Unknown Heirs of Floyd Rowe
Unknown Spouses of Unknown
Heirs of Floyd Rowe
Unknown Heirs of Stewart Rowe
Unknown Spouses of Unknown
Heirs of Stewart Rowe
Unknown Heirs of Judy Kay Rowe
Unknown Spouses of Unknown
Heirs of Judy Kay Rowe
Unknown Spouse of Louis Rowe
Unknown Heirs of Louis Rowe
Unknown Spouses of Unknown

Heirs of Louis Rowe
Debbie Rowe Cameron
Unknown Spouse of Debbie Rowe
Cameron
Unknown Heirs of Jerry Rowe
Unknown Spouses of Unknown
Heirs of Jerry Rowe
Unknown Heirs of Lorene McNutt
Unknown Spouses of Unknown
Heirs of Lorene McNutt
Unknown Spouse of Bobby McNutt
Unknown Heirs of Bobby McNutt
Unknown Spouses of Unknown
Heirs of Bobby McNutt

/s/ Melissa R. Dixon
Melissa R. Dixon