UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:11-cv-00109-GFVT

**In re:**        **Route 1 Box 591, Mount Vernon, KY 40456**

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.

THE ESTATE OF SHIRLEY ANN ROWE, ET AL                      DEFENDANTS

## **ORDER**

This matter having come before the Court upon the motion of the Plaintiff, United States of America, for leave to file an Amended Complaint, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Motion for Leave to File Amended Complaint is **SUSTAINED**.  The Amended Complaint shall be deemed filed as of the date of this Order.