UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 11-109-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| THE ESTATE OF SHIRLEY ANN ROWE, et al., | ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

This matter is before the Court on the Motion to Accept Report of Warning Order Attorney [R. 23] and the Motion for Excess Fees and Expenses [R. 24] filed by James D. Hodge. Mr. Hodge was appointed by Order of this Court [R. 7] as warning order attorney for Defendants Unknown Heirs of Shirley Ann Rowe and Unknown Spouses of the Unknown Heirs of Shirley Ann Rowe.  No objections or responses have been filed and the time for doing so has elapsed. *See* LR 7.1(c).

In support of his motion for fees above the customary $150 set forth in this Court's Standing Order, Mr. Hodge states that he spent nine hours attempting to locate the Defendants and filing his report. [R. 24.] He states that forty-six Defendants were identified and sent copies of the Complaint, and he notes that 132 exhibits were attached to the final Report. [*Id.*] Additionally, his Report reflects that the answer to the Complaint filed by Leon and Judy Rowe, the brother and sister-in-law of Shirley Rowe, identified twenty-two potential heirs of Shirley Rowe that Mr. Hodge needed to contact. For these reasons, the Court will grant Mr. Hodge's motion and award him an excess fee.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Motion to Accept Report of Warning Order Attorney [R. 23] is **GRANTED** and the Warning Order Report is **ACCEPTED**;

2. The Motion for Excess Fees and Expenses [R. 24] is **GRANTED**;

3. James D. Hodge is awarded a fee of $800.00 plus expenses in the amount of $371.53. Such fees and expenses shall be taxed as costs and paid by the United States of America pursuant to this Court's Order [R. 7]; and

4. James D. Hodge is discharged from further service as Warning Order Attorney herein.

This the 26th day of July, 2011.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge