UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:11-cv-00109-GFVT

UNITED STATES OF AMERICA                                     PLAINTIFF

VS.

THE ESTATE OF SHIRLEY ANN ROWE, ET AL             DEFENDANTS

## MOTION FOR LEAVE TO FILE
## THIRD AMENDED COMPLAINT

Comes the Plaintiff, United States of America, by and through counsel, pursuant to Fed.R.Civ.P. 15(a) and Fed.R.Civ.P. 19(a), and hereby moves the Court for an order granting leave to file a third amended complaint in this matter. In support of this Motion, the Plaintiff states as follows:

It has been brought to the Plaintiff's attention that the Last Will and Testament of Shirley Rowe was recently discovered. A copy of this Last Will and Testament has been attached as Exhibit D to the Third Amended Complaint. A probate estate, styled In Re: Estate of Shirley Ann Rowe, Deceased, Case No. 12-P-00077, has been established in Rockcastle District Court in which Beverly Pumphrey has been named as Executrix of the Estate of Shirley Ann Rowe. In her Last Will and Testament, Shirley Ann Rowe devised her interest in the real property which is the subject matter of this action to her brother, Stewart Rowe. Stewart Rowe is now deceased, and his interest in the subject real property passed by intestacy to his children, Beverly Pumphrey and Leslie Scott Rowe (aka Scott Rowe).

The Plaintiff is seeking to amend the complaint in this matter to include the above information regarding the Estate of Shirley Ann Rowe and to dismiss all unnecessary parties. A motion to dismiss the unnecessary parties will be filed separately.

Therefore, the Plaintiff, United States of America, hereby respectfully moves the Court for an order granting leave to file a Third Amended Complaint. A copy of the Third Amended Complaint is attached hereto and incorporated herein by reference.

Respectfully submitted,

/s/ Melissa R. Dixon
R. Scott Wilder
Melissa R. Dixon
Gambrel & Wilder Law Offices, PLLC
1222 ½ N Main St Ste 2
London, KY 40741
Telephone: (606) 878-8906
Facsimile: (606) 878-8907
Email: mrdixon@gambrelwilderlaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Motion for Leave to File Amended Complaint has been served upon the following either electronically via CM/ECF or by placing in the United States Mail, postage prepaid, on the 23rd day of May, 2012:

William D. Gregory, Esq.
P O Drawer 220
Mt Vernon KY 40456-0220

Leon Rowe
Judy Rowe
5190 Spiro Road
Mt Vernon, KY 40456

Dr. Kevin Rowe
Carla Rowe
140 Newcomb Ave
Mt. Vernon KY 40456

Geraldine Francisco Grimes
Clyde Grimes
P O Box 283
Livingston KY 40445

Sheila Rowe
Unknown Spouse of Sheila Rowe
P O Box 283
Livingston KY 40445

Rose Thacker
George Thacker
119 Beaver Dr
Richmond KY 40475

Sherry Rowe
Unknown Spouse of Sherry Rowe
4744 Club Dr
Port Charlotte FL 33953

Doug Rowe, Jr.
Unknown Spouse of Doug Rowe, Jr.
P O Box 713
Mt Vernon KY 40456

Tammy Barron
Bobby Barron
P O Box 231
Brodhead KY 40409

Janice Rowe
Unknown Spouse of Janice Rowe
3350 Lancaster Road
Stanford KY 40484

Beverly Pumphrey
Unknown Spouse of Beverly Pumphrey
130 W Broadway
Lawrenceburg KY 40342

Leslie Scott Rowe
Unknown Spouse of Leslie Scott Rowe
960 Dills Bluff Road
Charleston SC 29412

Lewis Rowe, Jr.
Myrtle Rowe
305 Reverend Green Loop Rd
Mt Vernon KY 40456

David Rowe
Unknown Spouse of David Rowe
Box 36, Jarber Road
Mt Vernon KY 40456

Paul Rowe
Edna Rowe
Box 46, Jarber Road
Mt Vernon KY 40456

Roger Rowe
Roxie Rowe
Box 36, Jarber Road
Mt Vernon KY 40456

James Rowe
Sheila Rowe
2604 KY 3245
Brodhead KY 40409

Judy Williams
Troy Williams
120 Raven Dr
Berea KY 40403

Jeremy Rowe
Unknown Spouse of Jeremy Rowe
260 Manchester Lane
Brodhead KY 40409

Billy Ray Dishion
Beverly Dishion
11655 Geneva Road
Cincinnati OH 45240

Ricky Dale Dishion
Annette Dishion
3082 Sugar Tree
Bethel OH 45106

Estate of Linda Sue Rowe
c/o Michael Kevin Rowe, Administrator
132 Denny Subdivision
Mount Vernon, KY 40456

Patricia Gayle Rankin
Rodney Rankin
4332 South Third St
Louisville KY 40214

Brenda Sue Riley
Mark Riley
P O Box 334
Lewisport KY 42351

Debbie Cameron
Larry Cameron
115 Joyce St
Mount Vernon, KY 40456

Betty Rowe
P O Box 713
Mount Vernon, KY 40456

Bobby G. McNutt
Unknown Spouse Bobby G. McNutt
7702 Oswego Cir.
Louisville, KY 40214-3234

Virginia Graves
Unknown Spouse of Virginia Graves
P O Box 597
Mount Vernon, KY 40456

Glenn Dale Rowe
Unknown Spouse of Glenn Dale Rowe
36 Jarber Road
Mount Vernon, KY 40456

/s/ Melissa R. Dixon
Melissa R. Dixon