Eastern District of Kentucky
**F I L E D**

JAN 15 2013

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:11-cv-00109-GFVT

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.

THE ESTATE OF SHIRLEY ANN ROWE, ET AL                       DEFENDANTS

## ENTRY OF DEFAULT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

It appearing that the complaint herein was filed in this case on April 12, 2011, and amended on May 25, 2011, April 30, 2012, and August 20, 2012; that the Defendants, Estate of Shirley Ann Rowe, Unknown Spouse of Shirley Ann Rowe, Unknown Heirs of Shirley Ann Rowe, Unknown Spouses of Unknown Heirs of Shirley Ann Rowe, Unknown Spouse of Beverly Pumphrey, and Unknown Spouse of Leslie Scott Rowe, have been constructively served with notice of this action by appointment of warning order attorneys, and that no answer or other pleading has been filed by said defendants as required by law:

NOW, THEREFORE, upon request of Plaintiff, default is hereby entered against the Defendants, Estate of Shirley Ann Rowe, Unknown Spouse of Shirley Ann Rowe, Unknown Heirs of Shirley Ann Rowe, Unknown Spouses of Unknown Heirs of Shirley Ann Rowe, Unknown Spouse of Beverly Pumphrey, and Unknown Spouse of Leslie Scott Rowe, as provided in Rule 55(a), Federal Rules of Civil Procedure.

This the 15 day of January, 2013.

ROBERT R. CARR
U.S. DISTRICT COURT CLERK
By: _____ D.C.